UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP G. MASI DELAURENTIS, ET. AL.<br><br>Defendants. | Criminal No: 97-069 (DRD) |

SETTLEMENT AGREEMENT
BETWEEN CLAIMANT BANCO POPULAR AND THE UNITED STATES

**TO THE HONORABLE COURT:**

**NOW APPEARS** Claimant Banco Popular de Puerto Rico ("Banco Popular") and the United States of America ("USA") by and through undersigned counsel, and hereby state and agree as follows:

WHEREAS, Banco Popular and the USA have a matter pending before this Honorable Court regarding a Stipulated Expedited Settlement Agreement entered between Claimant Banco Popular and the United States on June 19, 2000 and approved by this Court on that same date;

WHEREAS, payment has not been made by the USA;

WHEREAS, the parties have negotiated in good faith and have authorized their respective counsel to enter into the following Settlement Agreement concerning this matter as set forth in the next paragraphs.

(1)  The USA agrees to pay Banco Popular a total of $44,240.00 in full satisfaction of this claim.

(2)  A check for that amount and payable to "Banco Popular de Puerto Rico" shall be delivered to Banco Popular's counsel within a reasonable period of time.

(3)  In exchange for the receipt of this payment, Banco Popular will deem its claim in this case fully and completely satisfied and will release the USA from any claim it may have against it.

(4)  The parties request that this Honorable Court shall retain jurisdiction over this matter in order to enforce the terms of the Settlement Agreement.  Upon receipt of the settlement funds, this claim can be dismissed with prejudice.

**READ AND AGREED BY THE ATTORNEYS FOR THE PARTIES LISTED BELOW THIS 19TH DAY OF JANUARY, 2005**

*On behalf of Banco Popular de Puerto Rico:*

David C. Indiano
USDC #200601

Attorney for Claimant Banco Popular
**INDIANO & WILLIAMS, P.S.C.**
207 Del Parque St.
Third Floor
San Juan, PR 00912

*On behalf of the United States of America:*

Aramis Rios
USDC #219807

Assistant United States Attorney
Attorneys for Plaintiff United States of America
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918

AUSA Rios has authorized the undersigned to file this Settlement Agreement on behalf of the USA.

**WHEREFORE**, it is respectfully requested that this Honorable Court **NOTE** this Settlement Agreement and it terms, **RETAIN** jurisdiction to enforce these terms and **VACATE** the hearing set for this case.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 19th of January, 2005.

**I HEREBY CERTIFY** that on this date I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the attorneys of record.

s/ David C. Indiano
David C. Indiano
USDC #200601

Attorney for Claimant Banco Popular
**INDIANO & WILLIAMS, P.S.C.**
207 Del Parque St.
Third Floor
San Juan, PR 00912
Tel: (787) 641-4545
Fax: (787) 641-4544
david.indiano@indianowilliams.com